UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTONIA RODRIGUEZ,

      **Plaintiff,**

-vs-              Case No. 6:12-cv-977-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

      **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Complaint to obtain judicial review of a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her claim for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") benefits (Doc. No. 1) filed June 27, 2012. The United States Magistrate Judge has submitted a report recommending that the decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1.  That the Report and Recommendation filed March 22, 2013 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2.  The decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3.  The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of April, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record