**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANTONIA RODRIGUEZ,**

        **Plaintiff,**

**-vs-**                            **Case No. 6:12-cv-977-Orl-28DAB**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

        **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 23) filed April 17, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 19, 2013 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 23) is **GRANTED**.

3. Plaintiff is awarded $3,734.80 in attorney's fees under the Equal Access to Justice Act.

4. The Clerk of the Court is directed to enter judgment in favor of Plaintiff in the amount of $3,734.80.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of May, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record